WALLACE *et al. v.* BROWN.

GEORGE, J.   Under the pleadings and the evidence submitted upon the hearing the judge did not abuse his discretion in granting an interlocutory injunction.          *Judgment affirmed. All the Justices concur.*

No. 1066. MAY 15, 1919.

Injunction. Before Judge Mathews. Bibb superior court. May 25, 1918.

*Hardeman, Jones, Park & Johnston, Yeomans & Wilkinson,* and *Robert R. Forrester,* for plaintiffs in error.

*Ware G. Martin* and *Pope & Bennet,* contra.